UNITED STATES DISTRICT COURT  JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 15-3873-JFW (PJWx)**                              Date:  June 26, 2015

Title:     Maria Yolanda Alvarado -v- JPMorgan Chase Bank, N.A. et al.

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANTS:**
            None                                                                              None

**PROCEEDINGS (IN CHAMBERS):**        ORDER DISMISSING ACTION WITHOUT PREJUDICE

As a result of the parties' failure to file the Joint Rule 26(f) Report as required by the Court's Order of May 26, 2015, this action is hereby **DISMISSED without prejudice**. The Scheduling Conference, currently on calendar for July 6, 2015, is **VACATED**. *See* Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

IT IS SO ORDERED.

Initials of Deputy Clerk   sr